# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETSY GONZALEZ, **Plaintiff** | : CIVIL ACTION |
| | : |
| | : No. 14-2373 |
| v. | : |
| | : |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, **Defendant** | : |

## ORDER

**ROBERT F. KELLY, J.**

AND NOW, this 10th day of March 2015, upon consideration of Plaintiff's request for review, and Defendant's response, and after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Plaintiff's request for review is GRANTED; and

3. The matter is remanded to the Commissioner for further review consistent with the Report and Recommendation.

BY THE COURT:

_____
ROBERT F. KELLY, J.
UNITED STATES DISTRICT COURT